UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Scott N. Johnson**

    **v.**

**Oak Meadows Associates**

_____

**DEFAULT JUDGMENT**

Case No. CIV S-2:10-cv-3268 WBS GGH

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

      **Oak Meadows Associates**

September 28, 2011

VICTORIA C. MINOR, CLERK

By: _____/s/_____
G. Michel, Deputy Clerk